August 24, 2007

Ms. Joy M. Soloway
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Mr. Brendan K. McBride
Prichard Hawkins McFarland & Young, L.L.P.
10101 Reunion Place, Suite 600
San Antonio, TX 78216
Honorable Rose Guerra Reyna
206th District Court
100 N. Closner, 2nd Floor
Edinburg, TX 78539

RE: Case Number: 06-0072
 Court of Appeals Number: 13-05-00617-CV
 Trial Court Number: C-276-05-D

Style: IN RE KAPLAN HIGHER EDUCATION CORPORATION AND LETICIA VENTURA

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Damian |
| |Orozco |
| |Mr. Omar |
| |Guerrero |
| |Ms. Cathy |
| |Wilborn |